PECOS MERCANTILE CO. v. RAYNOLDS et al.   (Circuit Court of Appeals, Fifth Circuit.   November 20, 1916.)   No. 2884.   Appeal from the District Court of the United States for the Western District of Texas;   Thos. S. Maxey,

Judge. J. A. Gillett, of El Paso, Tex., for appellant. Wm. H. Burges and Robert L. Holliday, both of El Paso, Tex., for appellees. Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. After a full consideration of this case, we conclude that the decree appealed from is correct, and it is therefore affirmed.